## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-112 |
| | § | |
| SIMONE BALL | § | |
| PHILIP WARE | § | |

## O R D E R

Defendant Philip Ware filed an unopposed motion for continuance, (Docket Entry No. 23). The government and co defendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 3, 2011 |
| Responses are to be filed by: | June 10, 2011 |
| Pretrial conference is reset to**:** | **June 13, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 20, 2011, at 9:00 a.m.** |

SIGNED on March 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge