**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-112-2 |
| | § | |
| PHILIP WARE | § | |

## O R D E R

Counsel for defendant Philip Ware filed a sealed motion to withdraw. (Docket Entry No. 67).

The motion is GRANTED. Eric Davis is appointed to represent the defendant.

SIGNED on June 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge