IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-11-112-2 |
| | § |
| PHILLIP WARE | § |

**O R D E R**

Defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 154). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 27, 2012, at 10:00 a.m.**

SIGNED on November 2, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge